**FRED SMITH LINCOLN MERCURY, INC., Appellant,**

v.

**TRUCK INSURANCE EXCHANGE, Respondent.**

**No. WD 46460.**

Missouri Court of Appeals, Western District.

Feb. 9, 1993.

Clyde G. Meise, Kansas City, for appellant.

Lance LeFevre, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and HANNA, JJ.

### ORDER

PER CURIAM.

The trial court sustained the respondent insurance company's motion for summary judgment finding no insurance coverage for appellant's property loss arising out of

the sale of three of its vehicles to a third party.

Judgment Affirmed. Rule 84.16(b).